IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAUGHN FELIX | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-6599 |
| | : | |
| JEFFREY SMITH, *et al.* | : | |
| | : | |

**ORDER**

This 12th day of January, 2022, following careful and independent review of the Petition for Writ of Habeas Corpus, Mr. Felix's Motion to Transfer, other pertinent filings, and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation (ECF 16) is **APPROVED** and **ADOPTED**.

2. Petitioner's Motion to Transfer (ECF 15) is **DENIED.**

3. Consideration of the Petition for Habeas Corpus is **STAYED** and the case is placed in suspense.

4. Petitioner and the District Attorney shall notify the court within thirty (30) days of the conclusion of the PCRA proceedings and appeal and Petitioner shall advise the court whether he seeks to pursue his habeas petition.

    /s/ Gerald Austin McHugh
United States District Judge

---

[1] Petitioner has not filed any objections to the Report and Recommendation.